UNITED STATES BANKRUPTCY COURT
Northern DISTRICT OF CALIFORNIA



FILED
SEP 19 2025
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re  South Hayward Ventures LLC

Case No. 25-41728

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the attached Master Address List is a true, correct, and complete list of creditors and their addresses in this case.

I (we) acknowledge the following:

- Filing a Master Address List with incomplete or incorrect addresses may mean that creditor(s) with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case.

- The debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any, share responsibility for the accuracy and completeness of the attached Master Address List.

- The Court will use the addresses on the attached Master Address List for all items that the Court mails, and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of creditors.

DATED: 9/18/25

*Waqar Khan*
Debtor's Signature

DATED:_____

_____
Joint Debtor's (if any) signature

EDC 2-100 (Rev. 6/25)

# Master Address List

Redwood Trust Deed Services Inc
ATTN Robert Cullen
PO Box 6875
Santa Rosa, CA 95406-0875


MFS PREFERRED - Realty & Investments
2125 Wylie Drive Suite 2A
Modesto, CA 95355


City of Hayward
777 B Street
Hayward, CA 94541


PGE
77 Beale Street PO Box 77000
San Francisco, CA 94177


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Franchise Tax Board
Business Entity Bankruptcy MS A345
PO Box 2952
Sacramento, CA 95812